UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DARYL ROGERS,

               Petitioner,

    v.

RONALD HAYNES,

               Respondent.

Case No. C22-05367-LK-SKV

ORDER GRANTING MOTION FOR EXTENSION OF TIME

       This is a federal habeas action proceeding under 28 U.S.C. § 2254.  On August 12, 2022, Petitioner filed a motion for an extension of time to file his response to Respondent's answer to the habeas petition.  Dkt. 9.  In his motion Petitioner indicates he did not receive Respondent's answer until several days after it was filed with the Court, and that he has been unable to access to the law library since January 2022 due to COVID-19 restrictions, lack of adequate ADA accommodation, and technical issues.  *Id.*  Petitioner attaches a copy of a kite indicating that he had requested ADA accommodation to access the law library and had been approved since February 2022, but that the accommodation had not yet been provided.  *Id.* at 4.  The response to the kite is dated July 28, 2022, and states that the "responder" had reached out about the request

ORDER GRANTING MOTION FOR EXTENSION
OF TIME - 1

and that it would take "2-3 weeks." *Id.* Petitioner requests an additional seven (7) days to respond to Respondent's answer. *Id.* at 2.

Finding good cause for the extension, Petitioner's motion for extension of time, Dkt. 9, is GRANTED.[1] In light of Petitioner's representations regarding difficulties accessing the law library, the Court will allow Petitioner until **August 29, 2022**, to file his response to the answer. Respondent shall file his reply by **September 9, 2022**. The Clerk is directed to re-note Respondent's answer to **September 9, 2022**.

The Clerk is directed to send copies of this order to the parties and to the Honorable Lauren King.

Dated this 15th day of August, 2022.

S. KATE VAUGHAN
United States Magistrate Judge

---

[1] The Court notes that the Respondent has not yet responded to Petitioner's motion. However, the Court finds it does not require a response at this time in order to resolve the motion.

ORDER GRANTING MOTION FOR EXTENSION OF TIME - 2