UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DARYL ROGERS,<br><br>    Petitioner,<br><br> v.<br><br>RONALD HAYNES,<br><br>    Respondent. | CASE NO. 3:22-cv-05367-LK<br><br>ORDER REGARDING PETITIONER'S REQUEST FOR UPDATE |

   This matter comes before the Court sua sponte. On July 24, 2023, pro se Petitioner Daryl Rogers filed a Notice of Change of Address indicating that he was recently transferred from Airway Heights Corrections Center to the Monroe Correctional Complex. Dkt. No. 22 at 1. As part of this notice, Mr. Rogers also stated "that he has not abandoned his petition for habeas corpus" and requested "to be updated on the case and notified of what he needs to file to advance his petition[.]" *Id.*

   The Western District of Washington experienced a years-long judicial emergency that has caused a significant backlog. *See* Madison Alder, *Short-Benched U.S. Trial Courts Face Post-*

ORDER REGARDING PETITIONER'S REQUEST FOR UPDATE - 1

*Pandemic Crisis*, Bloomberg Law (Apr. 9, 2020, 12:16 PM), https://www.bloomberglaw.com/bloomberglawnews/us-law-week/XB9HB25C000000 (last visited July 28, 2023). As a result, "[t]his Court inherited a significant number of cases with pending motions and has been diligently working to resolve both the inherited and newly filed motions." *HUB Int'l Nw. LLC v. Larson*, No. 2:22-CV-01418-TL, 2023 WL 2527150, at *4 n.5 (W.D. Wash. Mar. 15, 2023). The Court is aware of the pending petition will issue a ruling in due course.

Dated this 4th day of August, 2023.

Lauren King
United States District Judge

ORDER REGARDING PETITIONER'S REQUEST FOR UPDATE - 2